MATTHEW A. HEERAN, Respondent, *v.* CLARENCE McNALLY, as Mayor of the City of Rensselaer, et al., Appellants.

(Submitted June 16, 1931; decided July 15, 1931.)

*John J. Scully* for appellants.

*Daniel J. Dugan* and *Isadore Bookstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.